UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BENJI RAFAEL PACHECO,

Plaintiff,

v.

SCOTT WILLIAMS, et al.,

Defendants.

No. 2:19-cv-01932-TLN-EFB

**ORDER**

Plaintiff is a state prisoner proceeding without counsel in an action against a driver, vehicle owner, and insurance company stemming from a hit and run accident that allegedly injured Plaintiff prior to his incarceration. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 6, 2020, the magistrate judge filed findings and recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 17.) Plaintiff has not filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

///

1

1. The findings and recommendations filed July 6, 2020 (ECF No. 17), are ADOPTED IN FULL;
2. Plaintiff's First Amended Complaint (ECF No. 14) is DISMISSED without leave to amend for lack of federal jurisdiction; and
3. The Clerk of the Court is directed to close the case.

IT IS SO ORDERED.

DATED: August 18, 2020

Troy L. Nunley
United States District Judge